UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| LADAWNA ELYNNE ALFORD, ) | Case No. 10-47304-659 |
| ) | Chapter 13 |
| ) | |
| Debtor. ) | |

## O R D E R

Upon the Court's own Motion,

**IT IS ORDERED THAT** Mr. Ross H. Briggs, counsel for Debtor is to appear and **SHOW CAUSE** and **EXPLAIN** why the Disclosure of Compensation of Attorney for Debtor(s) states that "[f]or legal services, I have agreed to accept $4,000.00" and that "[p]rior to filing this statement, I have received $199.00" when this case was originally filed more than four years ago. Hearing is set on **December 14, 2015 at 10:00 a.m.** in Bankruptcy Courtroom 7 North, Thomas F. Eagleton United State Courthouse, 111, South Tenth Street, 7th Floor, St. Louis, Missouri.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: November 18, 2015
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO 63102

LaDawna Elynne Alford
1749 Grape Avenue
Saint Louis, MO 63147

Ross H. Briggs
4144 Lindell Blvd, suite 202
St. Louis, MO 63108

John V. LaBarge, Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143