# DISCLOSURE AND RETAINER AGREEMENT
## FOR LEGAL REPRESENTATION

10-47304

Pursuant to this retainer agreement, LaDawna Alford ("the client") retains Ross H. Briggs, Attorney At Law, to enter his appearance in the client's pending Chapter 13 bankruptcy. By his/her signature below, the client acknowledges that this retainer agreement has been read in full and that the client agrees to the terms of this retainer agreement. The client acknowledges and agrees to the following terms:

1. **Disclosure.** The client acknowledges that he/she has previously retained James C. Robinson, Attorney At Law, as legal counsel in the client's pending Chapter 13 bankruptcy. On June 10, 2014, the Bankruptcy Court entered an Order, later amended, in In re Latoya Steward, Case Number 11-46399-705, which suspends the right of Attorney Robinson from practicing in the Bankruptcy Court for one year's duration and imposes other restrictions. The client understands that this Order presently prohibits Attorney Robinson from representing the client in his/her pending Chapter 13 bankruptcy.

Attorney Robinson has appealed the above referenced Order and reserves the right to seek full reinstatement in the client's case upon the conclusion of such appeal.

To protect the interests of the client, Attorney Robinson has requested the assistance of Ross H. Briggs, Attorney At Law, on behalf of his clients. The legal representation of Attorney Briggs is offered to the client pursuant to the terms and conditions of this Disclosure and Retainer Agreement For Legal Representation. The client understands that the client is not required to retain Ross H. Briggs as his/her legal counsel and is free to seek out legal representation from any other attorney.

2. **Retention of Ross H. Briggs as legal counsel for the Client.** By the client's signature below, the client retains Ross H. Briggs as his/her legal counsel and authorizes Attorney Briggs to enter his appearance in the client's pending Chapter 13 bankruptcy and provide all legal services required by the client in said Chapter 13 bankruptcy.

3. **Payment of Attorney's Fees by the Client for Representation in Pending Chapter 13.** The client understands that the Bankruptcy Court retains the final authority to determine the client's obligation to pay attorney's fees for representation in a Chapter 13 bankruptcy. The client understands that, pursuant to the flat fee option created and authorized by the Bankruptcy Court, the Bankruptcy Court authorizes the payment of a total of $4,000 for representation throughout the duration of a Chapter 13 bankruptcy and that the payment of the balance of such fees are made through the monthly disbursement of the Chapter 13 Trustee from funds received from the client.

Attorney Robinson, Attorney Briggs and the client agree that the amount of attorney's fees to be paid Attorney Robinson and/or Attorney Briggs through the monthly disbursements of the Chapter 13 Trustee, if any, in the client's Chapter 13 bankruptcy will be left to the authority and discretion of the Bankruptcy Court.

The client understands Attorney Robinson and Attorney Briggs are not in the same law firm and practice law at separate locations.

_____    11/13/15
Client                              Date

_____    11/14/15
Ross H. Briggs, Attorney At Law     Date

_____    11/30/15
James C. Robinson, Attorney At Law  Date